UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH ISBELL, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:11-cv-01130-WMA-HGD |
| ) | |
| ESTES EXPRESS LINES, INC., ) | |
| ) | |
| Defendant ) | |

**MEMORANDUM OPINION**

On August 19, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections have been filed by either plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by defendant be granted.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 5th day of September, 2013.

_____

WILLIAM M. ACKER, JR.

UNITED STATES DISTRICT JUDGE